# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH HICKAM, ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 07-880-PMF |
| ) | |
| PHILLIP TRAVIS and ) | |
| DALE TAYLOR AND KATHY TAYLOR, ) | |
| d/b/a TAYLOR TRUCKING, ) | |
| ) | |
|       Defendants/Third Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOHN D. COX, ) | |
| ) | |
|       Third Party Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  February 10, 2009.                               KEENAN G. CASADY, CLERK

                                                                                           By: **s/Karen R. Metheney**
                                                                                              Deputy Clerk

**APPROVED:**

*s/Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**